IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00247-MSK-MEH

AURORA BANK FSB, a Federal Savings Bank,

    Plaintiff,

v.

FIRST GUARANTY MORTGAGE CORP., a Virginia corporation,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on May 2, 2012.**

    The Plaintiff's Unopposed Motion for Protective Order [filed April 27, 2012; docket #18] is **denied without prejudice** and the proposed Protective Order is refused for two reasons. First, paragraph 19 of the proposed Protective Order fails to properly and clearly describe the procedure for challenging confidentiality, as set forth in *Gillard v. Boulder Valley Sch. Dist.*, 196 F.R.D. 382 (D. Colo. 2000). The Court has already advised the parties that it will not enter a protective order in this case unless the protective order complies with *Gillard*. (Docket #15.) Second, paragraph 22 of the proposed Protective Order is improper insofar as the Court will not retain jurisdiction over a protective order after the case is closed. The parties are granted leave to submit a revised proposed protective order in accordance with *Gillard* and this minute order.