IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00247-MSK-MEH

AURORA BANK FSB, a Federal Savings Bank,

    Plaintiff,

v.

FIRST GUARANTY MORTGAGE CORP., a Virginia corporation,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on May 23, 2012.**

    The Plaintiff's Unopposed Motion for Protective Order [filed May 21, 2012; docket #21] is **granted**. The proposed Protective Order is accepted, issued and filed contemporaneously with this minute order.